UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22815-CIV-COOKE/BANDSTRA

AUEISHUA BUCKNER and LESLIE
HENDERSON, individually and as
representative of GLAMOUR
PHOTOGRAPHY & VIDEO, INC.,

    Plaintiffs,
vs.

LUTHER CAMPBELL,

    Defendant.
_____/

**VERDICT FORM**

We, the jury, return the following verdict:

1.  Did Defendant LUTHER CAMPBELL violate F.S. §607.1421 by claiming to act on behalf of the corporation, Luke Records, Inc., (1986) after the corporation's administrative dissolution for which LUTHER CAMPBELL is liable to the Plaintiffs for the amount of the judgments entered against the corporations in the United States District Court for the Eastern District of Louisiana?

YES_____    NO__X__ 

2.  Was Defendant LUTHER CAMBPELL negligent as an officer of Luke Records, Inc., (1986) Luke Records and Films and Luke Entertainment Corporations pursuant to Fla. Stat. §607.0831 because he committed acts which were reckless or in bad faith which led to the corporations incurring liability for copyright infringement suits for which LUTHER CAMPBELL is liable to the Plaintiffs for the amount of the judgments entered against the corporations in the United States District Court for the Eastern District of Louisiana?

YES_____    NO__X__ 

If your answer to all of the above questions is NO, your verdict is for the Defendant and you should not proceed further except to date and sign this verdict form and return it to the courtroom.

If your answer to <u>any</u> of the above questions is YES, the damages SHALL be awarded as per the judgments of the United States District Court for the Eastern District of Louisiana.

SO SAY WE ALL this 13th day of December, 2010.

_____
Foreperson